# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 147 WAL 2023

Respondent

v.

: Petition for Allowance of Appeal
: from the Order of the Superior Court

DAMON DUANE AMISON,

Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 148 WAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

DAMON DUANE AMISON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.